FOURTH DEPARTMENT, APRIL, 1998

(April 29, 1998)

■ JOSEPH N. GOREA, JR., Appellant, v NANCY GLOVER, as Personal Representative of the Estate of EVAN M. GLOVER, Deceased, et al., Respondents. (Appeal No. 1.) [671 NYS2d 377] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR

5501 [a] [1]). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Summary Judgment.) Present—Denman, P. J., Lawton, Boehm and Fallon, JJ.